IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI CRISP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:19-CV-870-WKW |
| | ) [WO] |
| ANDREW SAUL, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On February 19, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 17.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the administrative decision of Defendant Commissioner of Social Security, which denied Plaintiff's application for a period of disability, disability benefits, and supplemental security income benefits, is AFFIRMED.

A separate final judgment will be entered.

DONE this 15th day of March, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE