IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORI CRISP, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 3:19-CV-870-WKW |
| ANDREW SAUL, Commissioner of Social Security, | ) |
|     Defendant. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The Magistrate's recommendation (Doc. # 17) is adopted.

(2) Judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Lori Crisp.

(3) The decision of Defendant Commissioner of Social Security is affirmed.

It is further ORDERED that costs are taxed against Plaintiff Crisp, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of March, 2021.

                                                                 /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE